Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

__FORT MYERS_____ Division

George Kenneth Nathansen

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

TAYLOR SMITH AND CITY OF PUNTA GORDA

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 2:25-CV-300-JLB-NPM
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✔ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | George Kenneth Nathansen |
| Address | 23137 SW Rainbow Lakes Blvd. |
| City | Dunnellon |
| State | FL |
| Zip Code | 34431 |
| County | Marion |
| Telephone Number | (352) 465-0540 |
| E-Mail Address | none |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | PFC TAYLOR SMITH #707 |
| Job or Title (if known) | POLICE OFFICER FOR THE CITY OF PUNTA GORDA |
| Address | 1410 TAMIAMI TRAIL |
| City | PUNTA GORDA |
| State | FL |
| Zip Code | 33950 |
| County | CHARLOTTE COUNTY |
| Telephone Number | 941-639-4111 |
| E-Mail Address (if known) | |

☐ Individual capacity   ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | CITY OF PUNTA GORDA |
| Job or Title (if known) | CITY |
| Address | 326 W MARION AVE |
| City | PUNTA GORDA |
| State | FL |
| Zip Code | 33950 |
| County | CHARLOTTE COUNTY |
| Telephone Number | 941-639-4111 |
| E-Mail Address (if known) | |

☐ Individual capacity   ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
  Name
  Job or Title *(if known)*
  Address

  |City | State | Zip Code|

  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Address

  |City | State | Zip Code|

  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity   ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

  A.  Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

  B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
  The City of Punta Gorda enacted an unconstitutional ordinance that violated free speech.
  Officer Smith wrote Plaintiff a ticket for the content of speech on a political sign while Plaintiff was on a traditional public forum/public sidewalk.
  The City of Punta Gorda attempted to prosecute Plaintiff for Plaintiff's political speech.

  C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The City of Punta Gorda enacted City Ordinance Code, Chapter 26, Section 11.5 (z), banning certain speech.
Officer Taylor Smith, badge #707, wrote Plaintiff a citation for the content of speech on Plaintiff's sign. The City of Punta Gorda maliciously attempted to prosecute Plaintiff for the content of political speech on Plaintiff's flag while Plaintiff was on a public sidewalk.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Events occurred at 1250 Cooper Street, in the City Limits of the City of Punta Gorda Florida

B. What date and approximate time did the events giving rise to your claim(s) occur?
The events occurred on Tuesday the May 3, 2022, at 4:32 pm.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Plaintiff and others were peacefully, politically protesting on a public sidewalk in the City of Punta Gorda when Officer Taylor Miller wrote Plaintiff a citation for a fine (#205347) for the content of Plaintiff's political speech on a political sign Plaintiff was holding while standing on a public sidewalk, by stating plaintiff violated City Ordinance, Chapter 26, Section 11.5 (z). The plaintiff challenged the fine in the City Code Court. On October 12, 2022, due to the results of an appeal in Circuit Court involving the same city codes cited in this case, the City hereby dismissed Citation Number (#205347) and the code enforcement Case No. (CE#22-00082545), relating to alleged violations of City Ordinance.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff suffered chilled Free Speech anguish, embarrassment, fear of prosecution, and aggravated anxiety, causing dizziness and shortness of breath.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff seeks punitive damages for violation plaintiff civil rights of free speech and for malicious prosecution in the amount of $100,000

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-14-2025

Signature of Plaintiff

Printed Name of Plaintiff   Gerorg K. Nathansen

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                    City              State          Zip Code

Telephone Number

E-mail Address

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

__FORT MYERS_____ Division

George Kenneth Nathansen

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

TAYLOR SMITH AND CITY OF PUNTA GORDA

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: *(check one)* ✔ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | George Kenneth Nathansen |
| Address | 23137 SW Rainbow Lakes Blvd. |
| City | Dunnellon |
| State | FL |
| Zip Code | 34431 |
| County | Marion |
| Telephone Number | (352) 465-0540 |
| E-Mail Address | none |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | PFC TAYLOR SMITH #707 |
| Job or Title (if known) | POLICE OFFICER FOR THE CITY OF PUNTA GORDA |
| Address | 1410 TAMIAMI TRAIL |
| City | PUNTA GORDA |
| State | FL |
| Zip Code | 33950 |
| County | CHARLOTTE COUNTY |
| Telephone Number | 941-639-4111 |
| E-Mail Address (if known) | |

[ ] Individual capacity   [✓] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | CITY OF PUNTA GORDA |
| Job or Title (if known) | CITY |
| Address | 326 W MARION AVE |
| City | PUNTA GORDA |
| State | FL |
| Zip Code | 33950 |
| County | CHARLOTTE COUNTY |
| Telephone Number | 941-639-4111 |
| E-Mail Address (if known) | |

[ ] Individual capacity   [✓] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

    Defendant No. 3
        Name
        Job or Title *(if known)*
        Address

                City        State        Zip Code

        County
        Telephone Number
        E-Mail Address *(if known)*

        ☐ Individual capacity    ☐ Official capacity

    Defendant No. 4
        Name
        Job or Title *(if known)*
        Address

                City        State        Zip Code

        County
        Telephone Number
        E-Mail Address *(if known)*

        ☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☑ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
The City of Punta Gorda enacted an unconstitutional ordinance that violated free speech.
Officer Smith wrote Plaintiff a ticket for the content of speech on a political sign while Plaintiff was on a traditional public forum/public sidewalk.
The City of Punta Gorda attempted to prosecute Plaintiff for Plaintiff's political speech.

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The City of Punta Gorda enacted City Ordinance Code, Chapter 26, Section 11.5 (z), banning certain speech.
Officer Taylor Smith, badge #707, wrote Plaintiff a citation for the content of speech on Plaintiff's sign. The City of Punta Gorda maliciously attempted to prosecute Plaintiff for the content of political speech on Plaintiff's flag while Plaintiff was on a public sidewalk.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Events occurred at 1250 Cooper Street, in the City Limits of the City of Punta Gorda Florida

B. What date and approximate time did the events giving rise to your claim(s) occur?
The events occurred on Tuesday the May 3, 2022, at 4:32 pm.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Plaintiff and others were peacefully, politically protesting on a public sidewalk in the City of Punta Gorda when Officer Taylor Miller wrote Plaintiff a citation for a fine (#205347) for the content of Plaintiff's political speech on a political sign Plaintiff was holding while standing on a public sidewalk, by stating plaintiff violated City Ordinance, Chapter 26, Section 11.5 (z). The plaintiff challenged the fine in the City Code Court. On October 12, 2022, due to the results of an appeal in Circuit Court involving the same city codes cited in this case, the City hereby dismissed Citation Number (#205347) and the code enforcement Case No. (CE#22-00082545), relating to alleged violations of City Ordinance.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff suffered chilled Free Speech anguish, embarrassment, fear of prosecution, and aggravated anxiety, causing dizziness and shortness of breath.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff seeks punitive damages for violation plaintiff civil rights of free speech and for malicious prosecution in the amount of $100,000

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff   Gerorg K. Nathansen

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
   City / State / Zip Code
Telephone Number _____
E-mail Address _____