**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

GEORGE MICHAEL NATHANSEN,
        Plaintiff,

v.                                                      2:25-cv-300-KCD-NPM

CITY OF PUNTA GORDA, *et ano*,
        Defendants.

---

### ORDER

Pro se and in forma pauperis plaintiff George Nathansen brought this § 1983 case against Defendants City of Punta Gorda and Punta Gorda police officer Taylor Smith, alleging First Amendment violations. Defendants have filed a motion "to strike" Shawn Berry (Doc. 23), alleging that Berry has been drafting pleadings, responding to court communications, negotiating with opposing counsel, tracking deadlines, and submitting filings. Among other things, they cite Plaintiff's "emergency" motion for CM/ECF access (Doc. 7), which has only Berry's signature on it. Defendants also cite Plaintiff's motion for status and service by the Marshals (Doc. 15), which has both Nathansen's and Berry's signatures.

Plaintiff responded, asking us to either deny the motion to strike, or to draft an order that requires Plaintiff—and only Plaintiff—to file, sign all filings, and to not allow a nonlawyer to appear as counsel on Plaintiff's behalf, but allow Plaintiff to use "ministerial" (akin to secretarial) assistance to facilitate effective

communication. (Doc. 27).

To the extent Defendants request that we preclude Berry from signing filed paper or representing Nathansen in this matter, we grant Defendants' motion (Doc. 23). Berry cannot sign any paper on Plaintiff's behalf, and all Plaintiff's filings must comply with Rule 11. Berry is also prevented from negotiating on Nathansen's behalf. To the extent Berry is only providing secretarial assistance, that is proper. But otherwise, Plaintiff himself—not Berry—must communicate with Defendants. Plaintiff is responsible for the substance of his filings.

Plaintiff has also filed a second motion for us to appoint counsel. But with no material change in the overall circumstances, we will not revisit our denial of his first request. We have not yet crossed the threshold in this case to call for a potential appointment of counsel. Plaintiff's motion (Doc. 26) is denied without prejudice.

**ORDERED** on May 5, 2026

_____
NICHOLAS P. MIZELL
United States Magistrate Judge

2